[No. 28096-5-II.   Division Two.   July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. T.E.W., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-8-00126-4, David R. Draper, J., entered November 21, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28253-4-II.   Division Two.   July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FELTUS ANDERSON III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04087-3, Terry D. Sebring, J., entered December 7, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28396-4-II.   Division Two.   July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK W. VAN CLEAVE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00146-9, James B. Sawyer II, J., entered January 31, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.